NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EUWAN Y.A. GODFREY,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2010-3127

---

Petition for review of the Merit Systems Protection Board in consolidated Case Nos. PH4324090182-I-3, PH4324100080-I-1, and PH3443070135-M-1.

---

## JUDGMENT

---

ROGER P. LIPTON, Green, Miles, Lipton & Fitzgibbon, LLP, of Northampton, Massachusetts, argued for petitioner.

TARA K. HOGAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK MANHARDT, Assistant, Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 14, 2011     /s/ Jan Horbaly
Date     Jan Horbaly
Clerk